# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The properties are taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said properties are taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tracts:  RGV-RGC-1015, RGV-RGC-1016, RGV-RGC-1017, and RGV-RGC-1018
Owner:  Felix Luera Ranch, LTD., *et al.*
Acres:  17.451

**Tract:  RGV-RGC-1015**

**BEING** a 1.154 acre tract (50,289 square feet) parcel of land, more or less, being out of a called 73.50 acre tract (First Tract), recorded in Volume 908, Page 370, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said tract being all of Share No. 7-A, Abstract 326, Porcion 59, Ancient Jurisdiction of Mier, Mexico said 1.154 acre (50,289 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at the northwest corner of said Felix Luera Ranch, LTD. (First Tract) tract and the southwest corner of a called 3.429 acre tract, recorded in Volume 892, Page 629, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Yolanda L. Barrerra, Araceli L. Perez & Hermelinda L. Gonzalez, being a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1015-1" for the northeast corner of the herein described propose acquisition tract, said point being on the east line of a called 197.20 acre tract, recorded in Volume 771, Page 781, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Servando Luera, said point having a coordinate of N=16719893.938, E=774616.632, said point also being S 26°38'30" W, a distance of 946.00 feet from United States Corps of Engineers Control Point No. S142;

**THENCE:** S 35°14'13" E, departing the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract and along the north line of said Felix Luera Ranch, LTD. (First Tract) tract and the south line of said Yolanda L. Barrerra, Araceli L. Perez & Hermelinda L. Gonzalez tract, passing at 8.55 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1016-2" for the western most corner of proposed acquisition tract "RGV-RGC-1016", in total a distance of 373.90 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1015-2" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 68°25'38" W, departing the north line of said Felix Luera Ranch, LTD. (First Tract) tract and over and across said Felix Luera Ranch, LTD. (First Tract) tract, a distance of 563.13 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1013-1=RGV-RGC-1015-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract;

## SCHEDULE C (Cont.)

**THENCE:** N 54°31'03" E, along the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract, a distance of 79.24 feet to an angle point designated "RGV-RGC-1013-6=RGV-RGC-1015-4;

**THENCE:** S 35°41'08" E, along the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract, a distance of 98.59 feet to an angle point designated "RGV-RGC-1013-5=RGV-RGC-1015-5";

**THENCE:** N 54°32'20" E, along the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract, passing at 222.68 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVRGC-1013-4" for the northeast corner of proposed acquisition tract "RGV-RGC-1013", in total a distance of 228.25 feet to the **POINT OF BEGINNING** and containing 1.154 acres (50,289 square feet) of land, more or less.

**SCHEDULE C (Cont.)**

**Tract: RGV-RGC-1016**

**BEING** a 1.315 acre tract (57,276 square feet) parcel of land, more or less, being out of a called 10.2861 acre tract, recorded in Volume 908, Page 372, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said tract being a part of Share 10 of the partition of Porcion 59, Ancient Jurisdiction of Mier, Mexico, said 1.315 acre (57,276 square feet) parcel of land being more particularly described as follows;

**BEGINNING:** at a 1/2" rebar, being the southeast corner of said Felix Luera Ranch, LTD. 10.2861 acre tract, the southwest corner of a called 12.5 acre tract, recorded in Volume 909, Page 534, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., a called 16.67 acre tract, recorded in Volume 1398, Page 411, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to the known and unknown heirs of Higinio Rodriguez and a called 16.67 acre tract, recorded in Volume 1476, Page 836, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Argus Resources, Inc., et al, said point being on the north line of a called 73.50 acre tract (First Tract), recorded in Volume 908, Page 370, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said point having a coordinate of N=16719542.454, E=774864.915, said point also being S 08°21'36" W, a distance of 1209.91 feet from United States Corps of Engineers Control Point No. S142;

**THENCE:** N 35°14'13" W, along the south line of said Felix Luera Ranch, LTD.10.2861 acre tract and the north line of said Felix Luera Ranch, LTD. (First Tract) tract, passing at 56.43 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1015-2" for the eastern most corner of proposed acquisition tract "RGV-RGC-1015", in total a distance of 421.78 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVRGC-1016-2" for the most western corner of the herein described proposed acquisition tract;

**THENCE:** S 68°25'38" E, departing the south line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the north line of said Felix Luera Ranch, LTD. (First Tract) tract, over and across said Felix Luera Ranch, LTD. 10.2861 acre tract, a distance of 496.13 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1016-3=RGV-RGC-1017-2" for the most eastern corner of the herein described proposed acquisition tract, said point being on the east line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the west line of said Felix Luera Ranch, LTD. 12.5 acre tract, the known and unknown heirs of Higinio Rodriguez tract and the Argus Resources, Inc., et al tract;

**THENCE:** S 53°22'21" W, along the east line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the west line of said Felix Luera Ranch, LTD. 12.5 acre tract, the known and unknown heirs of Higinio Rodriguez tract and the Argus Resources, Inc., et al tract, passing at 235.32 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-1" for the southwest corner of proposed acquisition tract "RGV-RGC-1017", in total a distance of 271.67 feet to the **POINT OF BEGINNING** and containing 1.315 acres (57,276 square feet) of land, more or less.

**SCHEDULE C (Cont.)**

**Tract: RGV-RGC-1017**

**BEING** a 6.045 acre tract (263,334 square feet) parcel of land, more or less, being out of a tract conveyed to The Unknown and Known Heirs of Amador Rodriguez recorded in Volume 275, Page 492, Deed Records of Starr County (D.R.S.C.), Texas, being out of a called 45.84 acre tract, recorded in Volume 821, Page 829, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Argus Resources, Inc., et al, being out of a tract conveyed to Miranda Montano recorded in Document Number 1996-554067, Deed Records of Hidalgo County, Texas, being out of the tract conveyed to Brenda Michelle Rodriguez recorded in Document Number 2023-375290, Deed Records of Starr County (D.R.S.C.), Texas, being out of the tract conveyed to Sandra Rodriguez recorded in Volume 788, Page 650, Deed Records of Starr County (D.R.S.C.), Texas, being out of the tract conveyed to Ismael Rodriguez, II recorded Volume 1476, Page 836, Deed Records of Starr County (D.R.S.C.), Texas, being out of the tract conveyed to Javier Rodriguez recorded in Volume 686, Page 801, Deed Records of Starr County (D.R.S.C.), Texas, being out of the tract conveyed to The Unknown Heirs of Esperanza Pena and Juan Manuel Rodriguez recorded in Volume 1398, Page 408, Deed Records of Starr County (D.R.S.C.), Texas, being out of the tract conveyed Israel Rodriguez, Jr. recorded in Volume 1398, Page 411, Deed Records of Starr County (D.R.S.C.), Texas, being out of the tract conveyed to Zulema Rodriguez Carmona, TheUnknown Heirs of Higinio Rodriguez, Jr., Elva Rodriguez, The Unknown Heirs of Efrain Rodriguez, Adrian Rodriguez, The Unknown Heirs of Elvira Rodriguez Lopez, Consuelo Rodriguez, Balbina Prado, and Maria Corina Rodriguez recorded in Volume 516, Page 143, Deed Records of Starr County (D.R.S.C.), Texas, said tract being a part of Share 10 of the partition of Porcion 59, Ancient Jurisdiction of Mier, Mexico, said 6.045 acre tract (263,334 square feet) parcel of land being more particularly described as follows;

**COMMENCING** at a found 1/2" rebar, being the southeast corner of a called 10.2861 acre tract, recorded in Volume 908, Page 372, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., the southwest corner of said Known and Unknown Heirs of Amador Rodriguez, et al tract, said point also being on the north line of a called 73.50 acre tract (First Tract), recorded in Volume 908, Page 370, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said point having a coordinate of N=16719542.454, E=774864.915;

**THENCE:** N 53°22'21" E, departing the north line of said Felix Luera Ranch, LTD. (First Tract) tract and along the east line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the west line of said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 36.35 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-1" for the POINT OF BEGINNING, said point having a coordinate of N=16719564.140, E=774894.086, said point being the southwest corner of the herein described proposed acquisition tract, said point also being S 07°06'59" W, a distance of 1184.49 feet from United States Corps of Engineers Control Point No. S142;

**SCHEDULE C (Cont.)**

**THENCE:** N 53°22'21" E, along the east line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the west line of said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 235.32 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1016-3=RGV-RGC-1017-2" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 68°25'38" E, departing the east line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the west line of said Known and Unknown Heirs of Amador Rodriguez, et al tract, over and across said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-2A" for a point on tangent;

**THENCE:** S 68°25'38" E, over and across said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 306.09 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-2B" for a point on tangent;

**THENCE:** S 68°25'38" E, over and across said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 306.09 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-3=RGV-RGC-1040-2" for the northeast corner of the herein described proposed acquisition tract, said point being on the north line of said Known and Unknown Heirs of Amador Rodriguez, et al tract, and the south line of a called 49.73 acre tract, recorded in Document No. 1941-17206, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown and known heirs of Higinio Rodriguez;

**THENCE:** S 35°23'01" E, along the north line of said Known and Unknown Heirs of Amador Rodriguez, et al tract, and the south line of said known and unknown heirs of Higinio Rodriguez 49.73 acre tract, a distance of 283.75 feet to a point designated "RGV-RGC-1017-4= RGV-RGC-1018-1=RGV-RGC-1040-1" for an exterior corner of the herein described proposed acquisition tract, said point being the southeast corner of said known and unknown heirs of Higinio Rodriguez 49.73 acre tract and the northeast corner of said Known and Unknown Heirs of Amador Rodriguez, et al tract, and on the west line of a called 127.71 acre tract, recorded in Document No. 2001-217848, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD.;

**THENCE:** S 54°48'00" W, departing the south line of said known and unknown heirs of Higinio Rodriguez 49.73 acre tract and along the east line of said Known and Unknown Heirs of Amador Rodriguez, et al tract and the west line of said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 54.13 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-5=RGV-RGC-1018-5" for the southeast corner of the herein described proposed acquisition tract;

### SCHEDULE C (Cont.)

**THENCE:** N 68°25'38" W, departing the east line of said Felix Luera Ranch, LTD. 2.214 acre tract, The Known and Unknown Heirs of Amador Rodriguez, et al tract, and the west line of said Felix Luera Ranch, LTD. 127.71 acre tract, over and across said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-5A" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-5B" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Known and Unknown Heirs of Amador Rodriguez, et al tract, a distance of 444.37 feet to the POINT OF BEGINNING and containing 6.045 acres (263,334 square feet) of land, more or less.

## SCHEDULE C (Cont.)

**Tract:  RGV-RGC-1018**

**BEING** a 8.937 acre tract (389,314 square feet) parcel of land, more or less, being out of a called 127.71 acre tract, recorded in Document No. 2001-217848, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said tract lying in and forming a part of Porcion 60, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, which tract is set forth and identified as Tract No. 1 in the Homer Trimble d/b/a Cameron Engineering Company, for Cause No. 3058, District Court of Starr County, Texas, said 8.937 acre tract (389,314 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at a point designated "RGV-RGC-1017-4=RGV-RGC-1018-1=RGV-RGC-1040-1", said point being the southeast corner of a called 49.73 acre tract, recorded in Document No. 1941-17206, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Known and Unknown Heirs of Higinio Rodriguiez and the northeast corner of a called 12.5 acre tract, recorded in Volume 909, Page 34, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., a called 16.67 acre tract, recorded in Volume 1398, Page 411, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to The Known and Unknown Heirs of Higinio Rodriguez and a called 16.67 acre tract, recorded in Volume 1476, Page 836, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Argus Resources, Inc., et al, said point being on the west line of said Felix Luera Ranch, LTD. 127.71 acre tract, said point having a coordinate of N=16719064.270, E=776281.511, said point also being S 36°31'26" E, a distance of 2084.63 feet from United States Corps of Engineers Control Point No. S142;

**THENCE:** N 54°58'33" E, along the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Known and Unknown Heirs of Higinio Rodriguiez tract, a distance of 185.34 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2= RGV-RGC-1040-3" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 68°25'38" E, departing the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Known and Unknown Heirs of Higinio Rodriguiez tract and over and across said Felix Luera Ranch, LTD. 127.71 acre tract, passing at 54.69 feet the north line of Easement Tract RGV-RGCR1102, passing at 102.88 feet the south line of Easement Tract RGV-RGC-R1102, in total a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2A" for a point on tangent;

**THENCE:** S 68°25'38" E, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2B" for a point on tangent;

**SCHEDULE C (Cont.)**

**THENCE:** S 68°25'38" E, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2C" for a point on tangent;

**THENCE:** S 68°25'38" E, over and across said Felix Luera Ranch LTD. 127.71acre tract, a distance of 355.80 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-3=RGV-RGC-1019-8" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said Felix Luera Ranch, LTD. 127.71 acre tract and the west line of a called 89.90 acre tract, recorded in Volume 823, Page 543, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to United States of America (U.S. Fish and Wildlife Service);

**THENCE:** S 07°37'07" W, along the east line of said Felix Luera Ranch, LTD. 127.71 acre tract and the west line of said United States of America (U.S. Fish and Wildlife Service) tract, a distance of 206.08 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4=RGV-RGC-1019-7" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 68°25'38" W, departing east line of said Felix Luera Ranch, LTD. 127.71 acre tract and the west line of said United States of America (U.S. Fish and Wildlife Service) tract and over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 405.49 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4A" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4B" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4C" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4D" for a point on tangent;

**SCHEDULE C (Cont.)**

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, passing at 31.51 feet the south line of Easement Tract RGV-RGCR1102, passing at 79.70 feet the north line of Easement Tract RGV-RGC-R1102, in total a distance of 131.69 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-5=RGV-RGC-1018-5" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Felix Luera Ranch, LTD. 12.5 acre tract, The Known and Unknown Heirs of Higinio Rodriguez tract and the Argus Resources, Inc., et al Tract;

**THENCE:** N 54°48'00" E, along the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Felix Luera Ranch, LTD. 12.5 acre tract, The Known and Unknown Heirs of Higinio Rodriguez 16.67 acre tract and the Argus Resources, Inc., et al 16.67 acre tract, a distance of 54.13 feet to the **POINT OF BEGINNING** and containing 8.937 acre tract (389,314 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LANDS TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV—RGC—1017—1 | 16719564.140 | 774894.086 |
| RGV—RGC—1016—3=RGV—RGC—1017—2 | 16719704.536 | 775082.939 |
| RGV—RGC—1017—2A | 16719520.695 | 775547.915 |
| RGV—RGC—1017—2B | 16719408.152 | 775832.561 |
| RGV—RGC—1017—3=RGV—RGC—1040—2 | 16719295.609 | 776117.207 |
| RGV—RGC—1017—4=RGV—RGC—1040—1 | 16719064.271 | 776281.511 |
| RGV—RGC—1017—5=RGV—RGC—1018—5 | 16719033.070 | 776237.280 |
| RGV—RGC—1017—5A | 16719216.911 | 775772.305 |
| RGV—RGC—1017—5B | 16719400.752 | 775307.329 |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYOR'S REPORT FOR ADDITIONAL INFORMATION ON REMAINING ACREAGE.
5. FIELD SURVEY WAS COMPLETED IN FEBRUARY, 2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886—1143.



METES & BOUNDS SURVEY
THE KNOWN AND UNKNOWN HEIRS OF AMADOR RODRIGUEZ ,ET AL
TRACT No. RGV-RGC-1017
STARR COUNTY                    TEXAS



B&F PROJ.: 23417200     FILE NAME: RGV-RGC-1017     DATE: 9/18/25

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## **SCHEDULE D (Cont.)**

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV–RGC–1017–4=RGV–RGC–1018–1 | 16719064.271 | 776281.511 |
| RGV–RGC–1018–2=RGV–RGC–1040–3 | 16719170.639 | 776433.284 |
| RGV–RGC–1018–2A | 16718986.798 | 776898.259 |
| RGV–RGC–1018–2B | 16718802.956 | 777363.235 |
| RGV–RGC–1018–2C | 16718619.115 | 777828.211 |
| RGV–RGC–1018–3=RGV–RGC–1019–8 | 16718488.294 | 778159.086 |
| RGV–RGC–1018–4=RGV–RGC–1019–7 | 16718284.031 | 778131.765 |
| RGV–RGC–1018–4A | 16718433.125 | 777754.674 |
| RGV–RGC–1018–4B | 16718616.966 | 777289.698 |
| RGV–RGC–1018–4C | 16718800.808 | 776824.723 |
| RGV–RGC–1018–4D | 16718984.649 | 776359.747 |
| RGV–RGC–1017–5=RGV–RGC–1018–5 | 16719033.070 | 776237.280 |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN JANUARY, 2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886–1143.
8. THIS ACQUISITION LIES INSIDE OF PRIVATE PROPERTY AND DOES NOT CROSS A PUBLIC ROAD, THEREFORE NO UTILITY LOCATE REQUEST HAS BEEN MADE, NOR WAS ANY EVIDENCE OF UTILITIES DISCOVERED IN THE FIELD.

Drawing Ref. No.
SHEET 7 OF 8

| METES & BOUNDS SURVEY |
|---|
| FELIX LUERA RANCH, LTD |
| TRACT No. RGV-RGC-1018 |
| STARR COUNTY                    TEXAS |

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 10/19 |
| Checked | DWB | 10/19 |
| Surveyor | JJB | 01/19 |
| Fld Bk. # | 1808BG-T4-B1 | |





ENGINEERING, INC.
528 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6893
(EMAIL) info@bfeng.com

US Army Corps of Engineers

Mark | Description | Date | Appr

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S19F0075

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10130942

B&F PROJ. 7-2688-0918    FILE NAME: RGV-RGC-1018    DATE: 1/06/20

## SCHEDULE D (Cont.)



**LEGEND**

DRSC — DEED RECORDS OF STARR COUNTY
INST. — INSTRUMENT
NO. — NUMBER
ORSC — OFFICIAL RECORDS OF STARR COUNTY
POB — POINT OF BEGINNING
○ — FOUND MONUMENT AS NOTED
△ — CONTROL POINT
— ACQUISITION AREA BOUNDARY
—PL— PROPERTY LINE

CONTROL POINT "S142"
ALUMINUM CAP IN CONCRETE
N: 16720739.504
E: 775040.828

UNKNOWN & KNOWN HEIRS OF HIGINIO RODRIGUEZ CALLED 49.73 ACRES DOC. NO. 1941–17206 ORSC

1/2"REBAR

FELIX LUERA RANCH LTD. (SECOND TRACT) CALLED 35.55 ACRES VOLUME 908, PAGE 370 DRSC

3–1/2"ALUM CAP STAMPED "COR2 TRACT 670

2–1/2"PIPE

1/2"REBAR

1–3/4"PIPE

S36°31'26"D 2084.63'

RAILROAD TIE FENCE CORNER

RGV–RGC–1017

1/2"REBAR

1/2"REBAR

POB

RGV–RGC–1018
ACQUISITION AREA:
8.937 ACRES
[REMAINDER 36.004 ACRES]

FELIX LUERA RANCH LTD. (FIRST TRACT) CALLED 73.50 ACRES VOLUME 908, PAGE 370 DRSC

FELIX LUERA RANCH, LTD CALLED 127.71 ACRES DOC. NO. 2001–217848 ORSC

RGV–RGC–1019

WOOD POST FENCE CORNER

RIO GRANDE RIVER

[REMAINDER 82.353 ACRES]

UNITED STATES OF AMERICA (US FISH & WILDLIFE SERVICE) CALLED 89.90 ACRES VOLUME 623, PAGE 543 ORSC

PLAT SHOWING A 8.937 ACRE (389,314 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF FELIX LUERA RANCH, LTD DOC. NO. 2001–217848 OFFICIAL RECORDS OF STARR COUNTY, TEXAS.

I, JAMES W. MONTGOMERY, TEXAS REGISTERED PROFESSIONAL SURVEYOR NO. 4877, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PERFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS; AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JAMES W. MONTGOMERY    01/08/20
R.P.L.S. 4877

STATE OF TEXAS
REGISTERED
JAMES W. MONTGOMERY
4877
PROFESSIONAL
LAND SURVEYOR

1000 800 600 400 200 0    500    1000

SCALE IN FEET

| | METES & BOUNDS SURVEY FELIX LUERA RANCH, LTD | | BY | DATE | | US Army Corps of Engineers |
|---|---|---|---|---|---|---|
| Drawing SHEET 8 of 8 | TRACT No. RGV-RGC-1018 | Drawn | RLS | 10/19 | B&F ENGINEERING, INC. 528 AIRPORT ROAD HOT SPRINGS, AR 71913 (PH) 501-767-2366 (FAX) 501-767-6859 (EMAIL) info@bnfeng.com | |
| | | Checked | DWB | 10/19 | | |
| | STARR COUNTY        TEXAS | Surveyor | JJB | 01/19 | | |
| | | Fld.Bk. # | 180865-T4-51 | | | |

Mark Description Date Appr

CONTRACT NO.: W9127S-14-D-0013
T.O.: W912TS19F0075

TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. NO. 10163942

B&F PROJ. 7-2688-0919    FILE NAME: RGV-RGC-1018    DATE: 1/08/20

# SCHEDULE E

## SCHEDULE E

ESTATES TAKEN

Starr County, Texas

**Tract:  RGV-RGC-1015**
**Owner: Felix Luera Ranch, LTD.,** *et al.*
**Acres: 1.154**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded in Deed Records, Starr County, Texas, on 10 September 2001, volume 908, page 370, document number 2001-217846, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract:  RGV-RGC-1016**
**Owner: Felix Luera Ranch, LTD.,** *et al.*
**Acres: 1.315**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded with Deed Records, Starr County, Texas, on 10 September 2001, volume 908, page 370, document number 2001-217846, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or

## SCHEDULE E (Cont.)

systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract:  RGV-RGC-1017**
**Owner: Felix Luera Ranch, LTD.,** *et al.*
**Acres: 6.045**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the land described in conveyances recorded in Volume 909, Page 534, in Volume 75, Page 212, and in Volume 821, Page 829, Deed Records of Starr County (D.R.S.C.), Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract:  RGV-RGC-1018**
**Owner: Felix Luera Ranch, LTD.,** *et al.*
**Acres: 8.937**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded in Deed Records, Starr County, Texas, on 10 September 2001, volume 908, page 370, document number 2001-217846, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE HUNDRED,

THIRTY FIVE THOUSAND, SIX HUNDRED SIXTY SEVEN DOLLARS AND NO/100

($135,667.00), to be deposited herewith in the Registry of the Court for the use and benefit

of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Felix Luera Ranch, Ltd.**<br>c/o Roy Brandys<br>Barron, Adler, Clough & Oddo, LLP<br>808 Nueces Street<br>Austin, TX 78701 | **RGV-RGC-1015**<br>**RGV-RGC-1016**<br>**RGV-RGC-1017**<br>**RGV-RGC-1018**<br><br>Warranty Deed;<br>Document #2001-217846,<br>Recorded September 10, 2001,<br>Deed Records Starr County<br><br>Amended Warranty Deed;<br>Document #2001-218318,<br>Recorded September 24, 2001,<br>Deed Records Starr County<br><br>Warranty Deed;<br>Document #2001-217848,<br>Recorded September 10, 2001,<br>Deed Records Starr County<br><br>Deed of Gift,<br>Document#2001-214732<br>Recorded: March 27, 2001<br>Deed Records Starr County<br><br>First Amendment to Certificate of Limited<br>Partnership of Felix Luera Ranch, Ltd.,<br>Certificate of Filing;<br>Document #2005-247640,<br>Recorded June 28, 2005<br>Deed Records Starr County<br><br>Affidavit of Heirship, Ownership and Adverse<br>Possession filed in U.S. District Court, S. Dist. of |

| | |
|---|---|
| | TX (McAllen Div.), Civil Action No. 7:20-cv-00357 |
| Unknown heirs of Blas Farias<br>Address Unknown | **RGV-RGC-1018**<br>Deed, Volume 34, Page 80<br>Recorded 30 January 1911<br>Deed Records Starr County |
| Unknown heirs of Librado Rodriguez<br>Address Unknown | **RGV-RGC-1016**<br>**RGV-RGC-1017**<br>Decree of Partition, Cause No. 1674<br>Recorded February 5, 1934<br>Volume 75, Page 212,<br>Deed Records Starr County<br><br>**RGV-RGC-1018**<br>Warranty Deed, Volume 51, Page 623<br>Recorded 26 August 1925<br>Deed Records Starr County<br><br>**RGV-RGC-1018**<br>Affidavit of Heirship, Document # 1986-134198;<br>Recorded July 23, 1986<br>Deed Records Starr County |
| Unknown heirs of Higinio Rodriguez<br>Address Unknown | **RGV-RGC-1016**<br>**RGV-RGC-1017**<br>Decree of Partition, Cause No. 1674<br>Recorded February 5, 1934<br>Volume 75, Page 212,<br>Deed Records Starr County<br><br>**RGV-RGC-1018**<br>Warranty Deed, Volume 51, Page 623<br>Recorded 26 August 1925<br>Deed Records Starr County<br><br>**RGV-RGC-1018**<br>Affidavit of Heirship, Document # 1986-134198;<br>Recorded July 23, 1986<br>Deed Records Starr County |

| | |
|---|---|
| Unknown heirs of Valeriano Rodriguez a/k/a Baleriado Rodriguez<br>Address Unknown | **RGV-RGC-1016**<br>**RGV-RGC-1017**<br>Decree of Partition, Cause No. 1674<br>Recorded February 5, 1934<br>Volume 75, Page 212,<br>Deed Records Starr County<br><br>**RGV-RGC-1018**<br>Deed of Gift, Document # 1936-5562; Recorded 4 June 1936<br>Deed Records Starr County<br><br>**RGV-RGC-1018**<br>Affidavit of Heirship, Document # 1986-134198; Recorded July 23, 1986<br>Deed Records Starr County |
| Unknown heirs of Celsa Rodriguez<br>Address Unknown | **RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Warranty Deed, Volume 90, Page 472<br>Recorded 26 August 1925<br>Deed Records Starr County<br><br>**RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Affidavit of Heirship, Document # 1986-134198;<br>Recorded July 23, 1986<br>Deed Records Starr County<br><br>**RGV-RGC-1017**<br>Decree of Partition, Cause No. 1674<br>Recorded February 5, 1934<br>Volume 75, Page 212,<br>Deed Records Starr County |
| Unknown heirs of Amalia Luera Garcia<br>Address Unknown | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |
| Delia Luera Ramirez<br><br>Falcon Heights, TX | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |

| | |
|---|---|
| Federico Luera Gonzalez<br>████████<br>Falcon Heights, TX ████ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |
| Belsa Luera Villarreal<br>████████<br>Stafford, TX ████ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |
| Ercilia Luera Benavides<br>████████<br>Falcon Heights, TX ████ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |
| Servando Luera Gonzalez<br>████████<br>Falcon Heights, TX ████ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |
| Unknown Heirs of Saul Luera<br>Address Unknown | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |
| Unknown Heirs of Geronimo Hinojosa<br>Address Unknown | **RGV-RGC-1015**<br>Decree of Partition, Cause No. 1674<br>Recorded February 5, 1934<br>Volume 75, Page 212,<br>Deed Records Starr County |
| Argus Resources, Inc.<br>2500 City West Boulevard<br>Suite 1200<br>Houston, Texas | **RGV-RGC-1016**<br>**RGV-RGC-1017**<br>**RGV-RGC-1018**<br><br>Quitclaim Deed recorded in Starr County, Texas, Official Records as Instrument Nos. 1998-200252, 200254, 200255, 200256 and 1999-202462. |

| E.O. Scott, III ███████ San Antonio, Texas ███████ | **RGV-RGC-1016** **RGV-RGC-1017** **RGV-RGC-1018** Quitclaim Deed recorded in Starr County, Texas, Official Records as Instrument Nos. 1998-200252, 200254, 200255, 200256 and 1999-202462. |
|---|---|
| Unknown Heirs of Inez P. Luera Address Unknown | **RGV-RGC-1015** **RGV-RGC-1016** **RGV-RGC-1018** Warranty Deed, Document #2001-217848 Recorded September 10, 2001 Deed Records Starr County Amended Warranty Deed; Document#2001-218318 Recorded September 24, 2001 Deed Records Starr County |
| Unknown heirs of Matilda Rodriguez Luera Address Unknown | **RGV-RGC-1015** **RGV-RGC-1018** Affidavit recorded in Starr County, Texas, Deed Records, Doc. No. 1986-134198 Franco Luera Probate No. 1664 Recorded 10 January 1981 County Court of Starr County |
| Unknown heirs of Manuela G. Luera Address Unknown | **RGV-RGC-1015** **RGV-RGC-1018** Affidavit recorded in Starr County, Texas, Deed Records, Doc. No. 1986-134198 Franco Luera Probate No. 1664 Recorded 10 January 1981 County Court of Starr County |
| Unknown Heirs of Herminia Luera Guerra Address Unknown | **RGV-RGC-1018** Affidavit of Heirship Volume 537, Page 157 Official Records of Starr County, Texas |

| | |
|---|---|
| Unknown heirs of Felix Luera Rodriguez<br>Address Unknown<br>Unknown heirs of Inez Pena Rodriguez<br>Address Unknown | **RGV-RGC-1017**<br><br>Deed of Gift recorded in Starr County, Texas, Official Records as Instrument No. 1936-5562<br><br>Warranty Deed recorded in Starr County, Texas, Official Records as Instrument No. 1941-17181 |
| Unknown heirs of Pamposa Rodriguez<br>Address Unknown | **RGV-RGC-1017**<br><br>Decree of Partition recorded in Starr County, Texas, Official Records as Instrument No. 1934-1647 |
| Unknown heirs of Esperanza Rodriguez Pena<br>Address Unknown<br>Zulema Rodriguez Carmona a/k/a Sulema Carmona<br>Address Unknown<br>Unknown heirs of Efrain Rodriguez<br>Address Unknown<br>Adrian Rodriguez<br>Address Unknown<br>Unknown heirs of Higinio Rodriguez, Jr.<br>Address Unknown<br>Elva Rodriguez<br>Address Unknown<br>Consuelo Rodriguez<br>Address Unknown<br>Unknown heirs of Israel Rodriguez and his known heirs:<br>Address Unknown<br>Amelia Pena Rodriguez<br>Address Unknown<br>Israel Rodriguez, Jr.<br>Address Unknown<br>Juan Mateo Rodriguez<br>Address Unknown<br>Jeramias Rodriguez<br>Address Unknown<br>Balbina Prado<br>Address Unknown<br>Maria Corina Rodriguez Garcia<br>Address Unknown<br>Juan Manuel Rodriguez | **RGV-RGC-1017**<br><br>Affidavit of Heirship recorded in Starr County, Texas, Official Records as Instrument No. 2013-314594<br><br>Affidavit of Heirship recorded in Starr County, Texas, Official Records as Instrument No. 2013-314595<br><br>Warranty Deed recorded in Starr County, Texas, Official Records as Instrument No. 1992-160847<br><br>Affidavit recorded in Starr County, Texas, Official Records as Instrument No. 1985-129147 |

| | |
|---|---|
| Address Unknown<br>Unknown heirs of Elvira Rodriguez Lopez<br>Address Unknown | |
| Unknown heirs of Arabela Rodriguez Montano and her known heir:<br>    Miranda Montano<br>    Address Unknown<br>Unknown heirs of Amador Rodriguez<br>Address Unknown<br>Unknown heirs of Amadeo Rodriguez and his known successor in interest:<br>Address Unknown<br>Sandra Rodriguez<br>Address Unknown<br>Noe Rodriguez, Jr.<br>Address Unknown<br>Rene Rodriguez<br>Address Unknown<br>Brenda Michelle Rodriguez<br>Address Unknown<br>Ismael Rodriguez<br>Address Unknown<br>Ismael Rodriguez II<br>Address Unknown<br>Javier Rodriguez<br>Address Unknown | **RGV-RGC-1017**<br><br>Warranty Gift Deed recorded in Starr County, Texas, Official Records as Instrument No. 2023-375290<br><br>Gift Deed recorded in Starr County, Texas, Official Records as Instrument No. 2017-337141<br><br>Gift Deed recorded in Starr County, Texas, Official Records as Instrument No. 2016-329558<br><br>Gift Deed recorded in Starr County, Texas, Official Records as Instrument No. 1997-193050<br><br>Affidavits of Heirship recorded in Hidalgo County, Texas, Official Records as Instrument Nos. 1996-554606 and 554607<br><br>Gift Warranty Deeds recorded in Starr County, Texas, Official Records as Instrument Nos. 1994-168758 and 168759<br><br>Affidavit recorded in Starr County, Texas, Official Records as Instrument No. 1986-133316<br><br>Affidavit of Heirship recorded in Starr County, Texas, Official Records as Instrument No. 1984-124498<br><br>Warranty Deed recorded in Starr County, Texas, Official Records as Instrument No. 1962-57331 |
| Ameida Salinas<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Rm 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-1015**<br>**RGV-RGC-1016**<br>**RGV-RGC-1017**<br>**RGV-RGC-1018** |

| | |
|---|---|
| | P.I.D. 22812, 64484, 22995, 22937, 42331, 62890, 66210, 22995, 22952, 22681, 62888, 62889, 77902 |
| Annabel R. Garcia<br>Roma ISD Tax Assessor/Collector<br>P.O. Box 3289<br>Roma, Texas 78584 | **RGV-RGC-1015**<br>**RGV-RGC-1016**<br>**RGV-RGC-1017**<br>**RGV-RGC-1018**<br><br>Account Nos. 00326-05900-00190-000010<br>CAD No. 77902 |